UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Warwick T Price  
    Dove A Thiselton  
          Debtor(s)

Case No. 17-18548

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/19/2017.

2) The plan was confirmed on 11/03/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/02/2018.

5) The case was dismissed on 04/06/2018.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $49,747.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,356.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$8,356.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $982.23 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $463.77 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,446.00** |

Attorney fees paid and disclosed by debtor:        $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CALIFORNIA STATE BOARD OF EQU/ | Unsecured | 2,525.98 | 935.77 | 935.77 | 0.00 | 0.00 |
| CALIFORNIA STATE FRANCHISE TAX | Priority | 8,133.23 | 10,714.29 | 10,714.29 | 0.00 | 0.00 |
| CALIFORNIA STATE FRANCHISE TAX | Unsecured | 3,186.10 | 3,186.10 | 3,186.10 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 22,213.55 | 22,213.55 | 22,213.55 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 121,839.90 | 121,839.90 | 121,839.90 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 36.34 | NA | NA | 0.00 | 0.00 |
| JOHN HOEPFNER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONS DIRECT MORTGAGE LLC | Secured | 43,726.92 | 43,726.92 | 43,726.92 | 0.00 | 0.00 |
| NATIONS DIRECT MORTGAGE LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PERITUS PORTFOLIO SERVICES | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PERITUS PORTFOLIO SERVICES | Secured | 6,910.00 | 6,910.00 | 6,910.00 | 6,910.00 | 0.00 |
| PERITUS PORTFOLIO SERVICES | Unsecured | NA | 18,662.05 | 18,662.05 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 6,459.84 | 6,459.84 | 6,459.84 | 0.00 | 0.00 |
| COMENITY BANK/LANE BRYANT | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CONSTAR FINANCIAL SERVICES LLC | Unsecured | 6,459.84 | NA | NA | 0.00 | 0.00 |
| AT&T/DIVERSIFIED CONSULTANT | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| DOUG PARTIQUIN | Unsecured | 3,742.60 | NA | NA | 0.00 | 0.00 |
| AT&T/ERC/ENHANCED RECOVERY ( | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT NET/SOUTHERN | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BURI | Unsecured | 17,745.74 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BURI | Unsecured | 3,008.75 | NA | NA | 0.00 | 0.00 |
| AT&T UNIVERSE/IC SYSTEMS | Unsecured | 198.45 | NA | NA | 0.00 | 0.00 |
| AT&T UVERSE/IC SYSTEMS INC | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| KANE ANESTHESIA ASSOC | Unsecured | 121.50 | NA | NA | 0.00 | 0.00 |
| LABORATORY PHYSICIANS LLC | Unsecured | 3.12 | NA | NA | 0.00 | 0.00 |
| LANE BRYANT | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LOU SPIVACK PC/21ST CENTURY INS | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| NCC NATIONWIDE/NORTHWESTERN | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| NCC NATIONWIDE/NORTHWESTERN | Unsecured | 108.12 | NA | NA | 0.00 | 0.00 |
| NCC NATIONWIDE/NORTHWESTERN | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| NCC NATIONWIDE/NORTHWESTERN | Unsecured | 118.12 | NA | NA | 0.00 | 0.00 |
| CHARLES MALINICK MD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| AA FAMILY DENTAL GROUP | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| ACI/PAYPAL | Unsecured | 384.40 | NA | NA | 0.00 | 0.00 |
| ACI/PAYPAL | Unsecured | 980.10 | NA | NA | 0.00 | 0.00 |
| ADVANCED BEHAVIORAL HEALTH S | Unsecured | 260.15 | NA | NA | 0.00 | 0.00 |
| ANGEL WATER | Unsecured | 6,750.00 | NA | NA | 0.00 | 0.00 |
| APRIA HEALTHCARE | Unsecured | 25.65 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS/ILLINOIS TO | Unsecured | 1,207.70 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| ATHLETIC & THERAPEUTIC INSTITU | Unsecured | 174.56 | NA | NA | 0.00 | 0.00 |
| ST CHARLES FAMILY DENTISTRY | Unsecured | 11.70 | NA | NA | 0.00 | 0.00 |
| TEKCOLLECT INC/ANGEL WATER IN | Unsecured | 6,750.00 | NA | NA | 0.00 | 0.00 |
| TORRES CREDIT SERVICES/SOUTHE | Unsecured | 1,079.75 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL RECOVERY CORP/ANAH | Unsecured | 828.00 | NA | NA | 0.00 | 0.00 |
| NCI/WEST CHICAGO POLICE DEPT | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| NORTHSTAR INTEGRATED HEALTH | Unsecured | 61.43 | NA | NA | 0.00 | 0.00 |
| NORTHSTAR INTEGRATED HEALTH | Unsecured | 222.91 | NA | NA | 0.00 | 0.00 |
| ORANGE COUNTY TAX COLLECTOR | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| ORANGE COUNTY TAX COLLECTOR | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS SC | Unsecured | 8.93 | NA | NA | 0.00 | 0.00 |
| SACOR FINANCIAL/DISCOVER | Unsecured | 9,083.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 6,460.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN CALIFORNIA EDISON | Unsecured | 1,080.00 | 1,271.73 | 1,271.73 | 0.00 | 0.00 |
| TITLE MAX OF ILLINOIS | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 19,485.00 | 19,725.89 | 19,725.89 | 0.00 | 0.00 |
| VERIZON | Unsecured | NA | 201.55 | 201.55 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $43,726.92 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,910.00 | $6,910.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$50,636.92** | **$6,910.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $32,927.84 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$32,927.84** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$172,282.83** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,446.00 |
| Disbursements to Creditors | $6,910.00 |
| **TOTAL DISBURSEMENTS :** | **$8,356.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/07/2018   By: /s/ Glenn Stearns
                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**